No. 80–1556.  CORY, CONTROLLER OF CALIFORNIA, ET AL. *v.* WHITE, ATTORNEY GENERAL OF TEXAS, ET AL.  C. A. 5th Cir. Motion of petitioners to defer consideration of the petition for writ of certiorari granted.

No. 80–5727.  EDDINGS *v.* OKLAHOMA.  Ct. Crim. App. Okla.  [Certiorari granted, 450 U. S. 1040.]  Motion for appointment of counsel granted, and it is ordered that Jay C. Baker, Esquire, of Tulsa, Okla., be appointed to serve as counsel for petitioner in this case.

No. 80–6527.  IN RE WILLIAMS.  Petition for writ of habeas corpus denied.

No. 80–6385.  IN RE JONES.  Petition for writ of mandamus denied.

No. 80–6386.  IN RE JONES.  Petition for writ of mandamus and/or prohibition denied.

No. 80–1208.  NEW ENGLAND POWER CO. *v.* NEW HAMPSHIRE PUBLIC UTILITIES COMMISSION ET AL.;
No. 80–1471.  MASSACHUSETTS ET AL. *v.* NEW HAMPSHIRE LEGISLATIVE UTILITY CONSUMERS' COUNCIL ET AL.; and
No. 80–1610.  ROBERTS, ATTORNEY GENERAL OF RHODE ISLAND, ET AL. *v.* NEW HAMPSHIRE PUBLIC UTILITIES COMMISSION ET AL.  Appeals from Sup. Ct. N. H.  Motions of Edison Electric Institute and New England Power Tool Executive Committee for leave to file briefs as *amici curiae* granted.  Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 120 N. H. 866, 424 A. 2d 807.

No. 80–1577.  CITY OF MESQUITE *v.* ALADDIN'S CASTLE, INC. Appeal from C. A. 5th Cir.  Probable jurisdiction noted.